

John H. Bradley<br>
(608) 535-1550<br>
John@StrangBradley.com

January 4, 2022

Judge J. P. Stadtmueller
United States District Court for the Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 471
Milwaukee, WI 53202

  Re: ***Grady v. State of Wisconsin, et al.***
     Case No. 2:21-cv-00923-JPS

Dear Judge Stadtmueller:

  Yesterday I received the Court's Order that Plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service. Dkt. 3.

  On the day that I filed the complaint in this case, on August 6, 2021, I requested a summons be issued as to Defendant Alex Wouts. The day after I filed the complaint in this case, I sent a waiver of service of a summons form to Defendants State of Wisconsin and DOC.

  On August 16, 2021, after I did not receive a summons from the clerk, I called the clerk to inquire about the status of issuing the summons. The clerk informed me that they would not issue the summons until after the Court screened the complaint.

  Yesterday, after receiving the Court's Order (Dkt. 3) I conferred with the attorney for the State and DOC and they informed me that they were not willing to waive service until after the Court screened the complaint.

        Sincerely,

        STRANG BRADLEY, LLC

        */s/ John H. Bradley*
        John H. Bradley