IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADONIS R. GRADY,

    Plaintiff,

v.                                        Case No. 21C0923

STATE OF WISCONSIN, et al.,

    Defendants.

## MOTION TO WITHDRAW MOTION TO DISMISS BY STATE OF WISCONSIN AND WISCONSIN DEPARTMENT OF CORRECTIONS

The State Defendants moved to dismiss Grady's claims against them on the basis of sovereign immunity. In response, Grady confirmed the claim against the State of Wisconsin and Wisconsin Department of Corrections was not for liability, but only for indemnification purposes. The indemnification statute Plaintiff relies on, Wis. Stat. § 895.46, does not waive the State's sovereign immunity and does not create a private right of action for Grady to bring against the State. With Grady's confirmation that the State is only named in this lawsuit for the purpose of participating in arguments as to whether the State must indemnify Defendant Wouts, Defendants withdraw their Motion to Dismiss.

Dated April 7, 2022.

                                              Respectfully submitted,

                                              JOSHUA L. KAUL
                                              Attorney General of Wisconsin

Electronically signed by:

s/ Rebecca A. Paulson
REBECCA A. PAULSON
Assistant Attorney General
State Bar #1079833

Attorneys for State of Wisconsin and
Wisconsin Department of Corrections.

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0278
(608) 294-2907 (Fax)
paulsonra@doj.state.wi.us