
R. Rick Resch
(608) 535-1550
Rick@StrangBradley.com

September 29, 2023

The Honorable Judge J.P. Stadtmueller
United States Courthouse
517 East Wisconsin Avenue
Room 471
(*by electronic filing only*)

    Re:   *Settlement Agreement*
           *Grady v. Wisconsin,* **2:21 CV 0923**

Dear Judge Stadtmueller:

I write on behalf of the Plaintiff Adonis Grady, to inform the Court that the State of Wisconsin and Mr. Grady have reached an agreement to settle this case in its entirety.

We need time to communicate with Mr. Wouts to see if he would agree to a stipulation to dismiss with prejudice. If he doesn't, Mr. Grady will formally move for a dismissal with prejudice.

           Sincerely,

           STRANG BRADLEY, LLC

           R. Rick Resch