


Alex Wouts 413878
Twin Rivers Unit
PO Box 888
Monroe WA 98272

October 17 2023

United States District Court
For The Eastern District Of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

Dear Clerk of Court,

I am currently working on a Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. §2254. I understand I have one year to the date of the decision of the Wisconsin Supreme Court to file such Habeas Corpus. To my understanding my deadline is November 16 2023. At this time I am requesting an extension of time to file my Habeas Corpus for the following reasons:

1) I have been unable to obtain legal council, therefore relying on other prisoners for legal advice, which too is complicated because they being State of Washington inmates, are

versed in Washington law and procedures.

2) I am currently in the process of obtaining Wisconsin statute book / Wisconsin law books. The inmate law library in Washington State does not provide access to Wisconsin Law.

3) I am still waiting for the return of information in the form of a public records request, which will be exculpitory evidence on my behalf.

4) Being housed in Washington State Department of Corrections has overall presented a logistical issue making it difficult to correspond with family and other advocates in order to put together all nessasary information I wish to present in the Habeas Corpus.

5) I have most, but not all the documents needed to accompany my supporting memorandum.

For the reasons stated above, I ask the court to extend the time to file the Habeas Corpus for 90 days to February 16 2024.

Thank you for your time and consideration in this matter.

Respectfully,

ALEX WOUTS

Alex Wouts 413878
PO Box 888
Monroe, WA 98272



SEATTLE WA 980
18 OCT 2023 PM 7 L

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

United States District Court
for the Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202