# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ADONIS R. GRADY,

                Plaintiff,

v.

STATE OF WISCONSIN, WISCONSIN DEPARTMENT OF CORRECTIONS, and ALEX A. WOUTS,

                Defendants.

Case No. 21-CV-923-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to dismiss, ECF No. 72, be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*

February 20, 2024
Date

By: Deputy Clerk